# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ANTHONY D. ANDERSON                                                              PLAINTIFF
ADC #104167

v.                                    Case No. 4:19-cv-00438-KGB

RUBY MOODY, Parole Officer, *et al*.                                           DEFENDANTS

## ORDER

Plaintiff Anthony D. Anderson filed a *pro se* 42 U.S.C. § 1983 complaint in this district (Dkt. No. 1). However, from the facts alleged and the defendants named, it appears that venue properly lies in the Western District of Arkansas. 28 U.S.C. § 1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).

It is therefore ordered that the Clerk of the Court is directed immediately to transfer Mr. Anderson's entire case file to the United States District Court for the Western District of Arkansas.

It is so ordered this 27th day of June, 2019.

*[signature]*
Kristine G. Baker
United States District Judge